CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JAN 30 2023

LAURA A. AUSTIN, CLERK
BY: /s/ Slagle
DEPUTY CLERK

FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT
UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,
Subchapter VI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Roanoke__ DIVISION

Jeffrey Sean Gee,   )
                   )
   Plaintiff,      )
                   )
v.                 )   Civil Action No.: 7:23CV00070
                   )   (To be assigned by Clerk of District Court)
Carilion Clinic (CHS Incorporated)  )
Patrick Callahan  jpcallahan@carilionclinic.org  )   Jury Trial:   Yes   No
                   )                (circle one)
   Defendant(s).   )
(Enter the full name(s) of ALL parties in this lawsuit. )
Please attach additional sheets if necessary).  )

COMPLAINT

1. State the full name of the Plaintiff, address and telephone number.

   Name: Jeffrey Sean Gee

   Address: 7822 Rocky Ford Road Moneta, Virginia 24121

   Telephone Number: 757-343-2111

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

   Name: Carilion Clinic (CHS Incorporated)

   Address: 1906 Belleview Ave Roanoke, Virginia 24014

b.  Defendant No. 2

   Name: _____

   Address: _____

NOTE: IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

   3-23-2022

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   11-3-2022

5. What action did the Commission or its representatives take in regard to your complaint?

   Determination and Notice of rights
   Determination of charge
   Notice of your right to sue

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   Yes

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

   No

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   No

If your answer to 8. is yes, describe the action in the spaces below.

a. Parties to the action: _____

_____

b. Court (if federal court, give district; if state court, name the city or county):

_____

c. Docket Number: _____

d. Judge's Name: _____

e. Is the case still pending: _____ If not, what was the ruling? _____

_____

_____

Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc. Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

   ☐ Yes          ☐ No          ☑ I DON'T KNOW

   If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

   _____

   _____

   _____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

A. What was or is your employer? _Carilion Clinic (CHS Incorporated)_

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

Nick Hoyt (supervisor), Amanda Rogers (HR), Nancy Agee (president), Tom Hill (vice president), Jim Buchbinder (director) Discrimination religious exemption for Covid Vaccine accepted, then written up for submitting & threatening to fire. Harrassment continual contact outside of working hours on personal phone, Retaliation for taking issues to HR. Saftey issues life & limb was put in Jeopardy.

C. If you were fired, what reasons were given for your discharge?

Insubordination & use of profanity

If you disagree with those reasons, what do you think were the real reasons?

I had put in a religious exemption for the covid 19 vaccine. They were trying to push me out for not complying with their attempts to mandate vaccination.

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? __Yes__

E. If so, did you file a grievance with your employer?

I filed grievances with HR prior to termination. Their grievance is only for active employees

If you did, what action was taken? __while still employed they did move help back on 2nd shift for (2 man jobs) saftey concerns were addressed in that regard__

F. In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

Please refer to outline of circumstances attached.

G. If you were fired, have you been working since that time? __Yes__

If yes, for whom have you worked? __Fuji Electric__

What did you do? __Panel Engineer (electrical engineer)__

If you did not get another job, have you received unemployment compensation? __I was denied while unemployed__

If yes, for how long?
_____

H.  What relief do you want from this court? For example:

Do you want your job back?
_____No_____

Have you suffered any damages? __Yes_____

If so, how much? __$ 112,420.00_____

OTHER: __Plus legal fees also I intend on having an attorney to represent me, that doesn't have a conflict of interest".__

**Attach additional sheets of paper as necessary and label this information as paragraph I., etc. Check here if additional sheets of paper are attached.** ☑

Signature of Plaintiff _____

**VERIFICATION**

State of __Virginia__

County of __Roanoke City__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __30__ day of __January__, __2023__.

Signature of Plaintiff _____

6