UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Jeffrey Sean Gee, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Civil Action No. 7:23-cv-00070 |
| ) | |
| Carilion Clinic, et al., ) | |
| ) | |
| Defendants ) | |

### RESPONSE TO PRO SE FILING TO REMOVE COUNSEL

Comes now former counsel to Jeffrey Gee to assert the following:

1. As stated in previous filings, counsel was retained after the complaint was filed and before the 12b6 hearing.
2. Counsel reviewed evidence provided by client.
3. Counsel had several calls with opposing counsel about the matter.
4. Counsel also had 3 calls with Mr. Gee and believed there was a settlement.
5. Counsel does not oppose removal from the case.
6. Counsel has spoken to opposing attorneys and they do not object.

Wherefore, Counsel for client asks this court to accept Pro Se request to remove JD Fairchild from the matter.

_____/s/_____
James D. Fairchild 83174
18264 Forest Road
Forest, Virginia 24551